■ Roy Nicolosi et al., Respondents, v Agency Rent-A-Car, Appellant, and Joseph L. Stendardo, Respondent.—Order unanimously affirmed with costs for reasons stated at Special Term, Galloway, J. (Appeal from order of Supreme Court, Monroe County, Galloway, J.—dismiss affirmative defense.) Present—Doerr, J. P., Boomer, Pine, Balio and Davis, JJ.

■ Robert W. Ausderau, Appellant, v State of New York, Respondent. (Claim No. 70677.)—Order unanimously affirmed without costs for reasons stated in memorandum decision at Court of Claims, Corbett, J. (Appeal from order of Court of Claims, Corbett, J.—Unjust Conviction and Imprisonment Act.) Present—Dillon, P. J., Doerr, Denman, Balio and Davis, JJ. [See, 130 Misc 2d 848.]

■ Noreen Grzegorczak, Appellant, v Victor Grzegorczak, Respondent.—Order unanimously reversed on the law without costs and petition dismissed. Memorandum: The court erred in modifying the visitation terms of the divorce decree. The court did this without holding any evidentiary hearing showing the need or the reasons for such modification, nor were any affidavits submitted by the parties in support of or in opposition to any modification. Most importantly, it does not appear on the record that either party moved for a change in the visitation privilege. (Appeal from order of Supreme Court, Erie County, Francis J.—temporary visitation.) Present —Doerr, J. P., Boomer, Pine, Balio and Davis, JJ.